# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEDRIEN L. BROWN**                                                   **PLAINTIFF**

**v.**                          **No. 3:19-cv-25-DPM**

**CHRIS JEFFERSON, Jonesboro**                              **DEFENDANTS**
**Police Department, BALEY, Officer,**
**Jonesboro Police Department**

## INITIAL ORDER FOR *PRO SE* PLAINTIFFS

You filed this federal civil rights lawsuit without a lawyer's help. Even though you're not a lawyer, there are rules and procedures you must follow in your lawsuit.

**1.    Follow All Court Rules.**  You must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas. These rules are available online at http://www.uscourts.gov/rules-policies/current-rules-practice-procedure  and  http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules. In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs who aren't represented by a lawyer.

- If your address changes, you must promptly notify the Clerk and the other parties in the case.  If you don't keep the Court

informed about your current address, your lawsuit can be dismissed without prejudice.

- You must monitor the progress of your case and prosecute it diligently.

- You must sign all papers filed with the Court; and each paper you file must include your current address.

- If the Court issues an Order directing you to do something by a certain date, and you don't, then your case may be dismissed without prejudice.

**2. No Right to Appointed Counsel.** This is a civil case. Unlike in a criminal case, you have no right to an appointed lawyer. If your case goes to a jury trial, though, the Court will appoint a lawyer to help you before trial.

**3. Do Not File Your Discovery Requests.** Discovery requests—like interrogatories and requests for documents—should not be filed with the Court. Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he or she isn't represented by a lawyer). Don't send any discovery requests to a Defendant until after that Defendant has been served with the complaint.

**4. Only Send Documents to the Court in Three Situations.** You may send documents or other evidence to the Court only if (a) they are attached to a motion for summary judgment, (b) they are attached to

your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

**5. Provide a Witness List Before Trial.** If your case goes to trial, you'll be asked for a witness list as your trial date approaches. After reviewing the witness list, the Court will subpoena necessary witnesses for you.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 14 February 2019