# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KEDRIEN L. BROWN**                                      **PLAINTIFF**

v.                              **No. 3:19-cv-25-DPM**

**CHRIS JEFFERSON, Jonesboro
Police Department and BALEY,
Officer, Jonesboro Police Department**        **DEFENDANTS**

## ORDER

**1.** Brown hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 18 March 2019. If he doesn't then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Brown an application to proceed *in forma pauperis*. If the Court grants Brown permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 February 2019