IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEDRIEN L. BROWN**                                                        **PLAINTIFF**

v.                        No. 3:19-cv-25-DPM

**CHRIS JEFFERSON, Jonesboro
Police Department**                                          **DEFENDANT**

## ORDER

Brown's mail is being returned undelivered. № 11. But public records show he's still in custody at the Craighead County Detention Center. The Court directs the Clerk to mail Brown another copy of the Initial Scheduling Order, № 10, with a copy of this Order.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2019