# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KEDRIEN L. BROWN                                              PLAINTIFF

v.                           No. 3:19-cv-25-DPM

CHRIS JEFFERSON,
Jonesboro Police Department                                   DEFENDANT

## ORDER

If Brown wants to respond to Jefferson's motion for summary judgment, *Doc. 16*, then he must do so by 1 May 2020.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2020