IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEDRIEN L. BROWN     PLAINTIFF

v.     No. 3:19-cv-25-DPM

CHRIS JEFFERSON, Jonesboro
Police Department     DEFENDANT

ORDER

    Mail that Jefferson's lawyer sent to Brown is being returned undelivered. *Doc. 20.* Brown must update his address with the Clerk by 18 May 2020. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 April 2020