IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEDRIEN L. BROWN                                                    PLAINTIFF

v.                              No. 3:19-cv-25-DPM

CHRIS JEFFERSON, Jonesboro
Police Department                                                   DEFENDANT

ORDER

Brown hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 21–23.* His remaining claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Jefferson's motion for summary judgment, *Doc. 16*, is denied as moot. If Brown refiles, though, then Jefferson may renew the motion. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2020