IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEDRIEN L. BROWN                                    PLAINTIFF

v.                    No. 3:19-cv-25-DPM

CHRIS JEFFERSON, Jonesboro
Police Department; and BALEY,
Officer, Jonesboro Police Department              DEFENDANTS

## JUDGMENT

Brown's claim that he wasn't read his *Miranda* rights is dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2020